UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Rasheema S. Jones, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C/A No. 8:15-3457-TMC |
| vs. ) | |
| ) | **ORDER** |
| Meyn America, LLC, ) | |
| ) | |
| Defendant. ) | |

Within ten (10) days of the date of this order, Meyn America, LLC is to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. *See* 28 U.S.C. § 1332; *Gen. Tech. Applications, Inc. v. Exro Ltda,* 388 F.3d 114, 121 (4th Cir. 2004)(holding that "[a limited liability company] is an unincorporated association, akin to a partnership for diversity purposes").

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

Anderson, South Carolina
August 31, 2015